[No. 35023-8-II. Division Two. June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHLEEN M. ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00626-7, John F. Nichols, J., entered June 21, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35614-7-II. Division Two. June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHILA J. WYATT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00471-2, F. Mark McCauley, J., entered November 20, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 24902-6-III. Division Three. June 28, 2007.]

KIMBERLY R. ZIPFEL, *Respondent*, v. JIMMY ELLIS CLARK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-2-00523-6, Allen Nielson, J., entered January 27, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25142-0-III. Division Three. June 28, 2007.]

WILLIAM H. SMALL ET AL., *Appellants*, v. THE CITY OF SPOKANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-03229-9, Harold D. Clarke III, J., entered March 27, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.